IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUMMER ORSI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:15-cv-01519-RCM |
| | ) | |
| v. | ) | |
| | ) | |
| LITIGATION SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | Electronically Filed. |

STIPULATION FOR DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| s/Joel S. Sansone | s/Patricia A. Diulus-Myers |
| Joel S. Sansone, Esquire | Patricia A. Diulus-Myers, Esquire |
| Law Offices of Joel Sansone | Jackson Lewis |
| Three Gateway Center, Suite 1700 | Liberty Center |
| 401 Liberty Avenue | 1001 Liberty Avenue, Suite 100 |
| Pittsburgh, Pennsylvania 15222 | Pittsburgh, Pennsylvania 15222 |
| 412.281.9194 | |
| PA ID No. 41008 | |

Dated: January 9, 2017

s/ DAVID STEWART CERCONE   J.        Date: March 20, 2017

David Stewart Cercone
United States District Judge